AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
## Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
)
rafa0george@gmail.com (Google Account ID 1033521631013), )  Case No.
cryptoxiaomi@gmail.com (Google Account ID 1087185743577), )
edilsonbersai@gmail.com (Google Account ID 468512438816), and )  2:22-MJ-03119
nhocboxmr@gmail.com (Google Account ID 788780590890) ("TARGET )
ACCOUNTS"), that is stored at premises owned, maintained, controlled, or operated )
by Google, LLC ("Google"), at 1600 Amphitheater Parkway, Mountain View, CA )
94043 )

FILED
CLERK, U.S. DISTRICT COURT
8/29/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JB  DEPUTY

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to <u>18 U.S.C. § 3103a(b)</u>, I find that immediate notification may have an adverse result listed in <u>18 U.S.C. § 2705</u> (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 8/9/2022  1:53 pm  *[signature]*
Judge's signature

City and state: Los Angeles, CA  Hon. Alexander F. MacKinnon, U.S. Magistrate Judge
*Printed name and title*

AUSA: Tian Huang

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:22-MJ-03119 | 8/11/2022 | n/a |

Inventory made in the presence of:
B. Dreyer   HSI SA

Inventory of the property taken and name of any person(s) seized:

- Contents of Google account for rafa0george@gmail.com
- Contents of Google account for cryptoxiaomi@gmail.com
- Contents of Google account for edilsonbersa@gmail.com
- Contents of Google account for nhocboxmr@gmail.com

Contents returned by Google on 8/23/2022

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/23/2022

_____
Executing officer's signature

Branson Dreyer special Agent
Printed name and title

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information which is associated with the Google, LLC account(s) identified by:

- rafa0george@gmail.com (Google Account ID 1033521631013)

- edilsonbersai@gmail.com (Google Account ID 468512438816)

- cryptoxiaomi@gmail.com (Google Account ID 1087185743577)

- nhocboxmr@gmail.com (Google Account ID 788780590890)

and which is stored at premises owned, maintained, controlled, or operated Google, LLC, a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, California.